**Order entered July 15, 2019**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-01175-CV

### STEVEN D. CATHCART, Appellant

### V.

### DEWIGHT JONES, ET AL., Appellees

**On Appeal from the 422nd Judicial District Court**
**Kaufman County, Texas**
**Trial Court Cause No. 98750-422**

## ORDER

Before the Court is appellees' July 11, 2019 motion to file brief out of time. We

**GRANT** the motion and **ORDER** the brief be filed no later than August 9, 2019.


/s/    KEN MOLBERG
       JUSTICE